# EARNINGS STATEMENT

trinet

**ARA Global Group, Inc.**
**DBA: RecirQ**

601 W 20th St
Hialeah, FL 33010

**Check No:** 13126759

**Check Date:** 07/31/2026

**Pay Period:** 07/12/2026 - 07/25/2026

## Carlos Victor Vasquez

NON-NEGOTIABLE

2230 Elmwood Dr, Apt 238
Arlington , TX 76010-8750

Employee ID: 00011000954
Location: RecirQ - TX
Business Title: Reglass

Department: B20K400
Pay Rate: $18.00 Hourly

Net Pay
**USD $1,281.82**

### Current Hours and Earnings

| Description | Earnings Range | Rate | Hours | Units | Earnings |
|---|---|---|---|---|---|
| Overtime | | 27.000 | 1.32 | 0.00 | 35.64 |
| Regular | | 18.000 | 80.85 | 0.00 | 1,455.30 |
| **Gross Pay** | | | **82.17** | **0.00** | **1,490.94** |
| **Fed Taxable Gross** | | | | | **1,490.94** |
| **Total Hours Worked** | | | **82.17** | | |

### YTD Hours and Earnings

| Description | Hours | Units | Earnings |
|---|---|---|---|
| Overtime | 21.23 | 0.00 | 551.25 |
| Regular | 620.38 | 0.00 | 10,475.94 |
| **Gross Pay** | **641.61** | **0.00** | **11,027.19** |
| **Fed Taxable Gross** | | | **11,027.19** |
| **Total Hours Worked** | **641.61** | | |

### Taxes and Deductions

| Taxes | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Fed Withholding | 95.07 | | 653.54 |
| Fed MED/EE | 21.61 | | 159.89 |
| Fed OASDI/EE | 92.44 | | 683.69 |
| **Total Taxes** | **209.12** | | **1,497.12** |
| **Before-Tax Deductions** | **Current** | **Plan Year** | **Year-to-Date** |
| **Total Before Tax Deductions** | **0.00** | **0.00** | 0.00 |
| **After-Tax Deductions** | **Current** | | **Year-to-Date** |
| **Total After Tax Deductions** | **0.00** | | **0.00** |
| **Total Deductions** | **0.00** | | **0.00** |
| **Net Pay** | **1,281.82** | | **9,530.07** |

### Tax Withholding

| Description | Federal | TX State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Credit | 0.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl. Amt. | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| **Total Taxable** | **0.00** | **0.00** |
| **Non-Taxable Benefits** | **Current** | **Year-to-Date** |
| **Total Non-Taxable** | **0.00** | **0.00** |
| **Total Benefits** | **0.00** | **0.00** |

### Time Off

| Description | VAC/PTO |
|---|---|
| Start Balance | 11.70 |
| +Earned | 3.81 |
| -Taken | 0.00 |
| +Adjustments | 0.00 |
| **End Balance** | **15.51** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 6252 | 1,281.82 |
| **Total** | | **1,281.82** |

EARNINGS STATEMENT

ARA Global Group, Inc.
DBA: RecirQ

601 W 20th St
Hialeah, FL 33010

Check No: 13036425

Check Date: 07/17/2026

Pay Period: 06/28/2026 - 07/11/2026

## Carlos Victor Vasquez

NON-NEGOTIABLE

2230 Elmwood Dr, Apt 238
Arlington , TX 76010-8750

Employee ID: 00011000954
Location: RecirQ - TX
Business Title: Reglass

Department: B20K400
Pay Rate: $18.00 Hourly

Net Pay
USD **$1,121.13**

### Current Hours and Earnings

| Description | Earnings Range | Rate | Hours | Units | Earnings |
|---|---|---|---|---|---|
| Regular | | 18.000 | 71.72 | 0.00 | 1,290.96 |
| **Gross Pay** | | | **71.72** | **0.00** | **1,290.96** |
| **Fed Taxable Gross** | | | | | **1,290.96** |
| **Total Hours Worked** | | | **71.72** | | |

### YTD Hours and Earnings

| Description | Hours | Units | Earnings |
|---|---|---|---|
| Regular | 539.53 | 0.00 | 9,020.64 |
| Overtime | 19.91 | 0.00 | 515.61 |
| **Gross Pay** | **559.44** | **0.00** | **9,536.25** |
| **Fed Taxable Gross** | | | **9,536.25** |
| **Total Hours Worked** | **559.44** | | |

### Taxes and Deductions

| Taxes | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Fed Withholding | 71.07 | | 558.47 |
| Fed MED/EE | 18.72 | | 138.28 |
| Fed OASDI/EE | 80.04 | | 591.25 |
| **Total Taxes** | **169.83** | | **1,288.00** |
| **Before-Tax Deductions** | **Current** | **Plan Year** | **Year-to-Date** |
| **Total Before Tax Deductions** | **0.00** | **0.00** | 0.00 |
| **After-Tax Deductions** | **Current** | | **Year-to-Date** |
| **Total After Tax Deductions** | **0.00** | | **0.00** |
| **Total Deductions** | **0.00** | | **0.00** |
| **Net Pay** | **1,121.13** | | **8,248.25** |

### Tax Withholding

| Description | Federal | TX State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Credit | 0.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl. Amt. | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| **Total Taxable** | **0.00** | **0.00** |
| **Non-Taxable Benefits** | **Current** | **Year-to-Date** |
| **Total Non-Taxable** | **0.00** | **0.00** |
| **Total Benefits** | **0.00** | **0.00** |

### Time Off

| Description | VAC/PTO |
|---|---|
| Start Balance | 11.70 |
| +Earned | 1.79 |
| -Taken | 0.00 |
| +Adjustments | 0.00 |
| **End Balance** | **13.49** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 6252 | 1,121.13 |
| **Total** | | **1,121.13** |

EARNINGS STATEMENT

trinet

ARA Global Group, Inc.
DBA: RecirQ

601 W 20th St
Hialeah, FL 33010

Check No: 12931526

Check Date: 07/03/2026

Pay Period: 06/14/2026 - 06/27/2026

## Carlos Victor Vasquez

NON-NEGOTIABLE

2230 Elmwood Dr, Apt 238
Arlington , TX 76010-8750

Employee ID: 00011000954
Location: RecirQ - TX
Business Title: Reglass

Department: B20K400
Pay Rate: $18.00 Hourly

Net Pay
USD **$1,439.17**

### Current Hours and Earnings

| Description | Earnings Range | Rate | Hours | Units | Earnings |
|---|---|---|---|---|---|
| Overtime | | 27.000 | 8.04 | 0.00 | 217.08 |
| Regular | | 18.000 | 81.65 | 0.00 | 1,469.70 |
| **Gross Pay** | | | **89.69** | **0.00** | **1,686.78** |
| **Fed Taxable Gross** | | | | | **1,686.78** |
| **Total Hours Worked** | | | **89.69** | | |

### YTD Hours and Earnings

| Description | Hours | Units | Earnings |
|---|---|---|---|
| Overtime | 19.91 | 0.00 | 515.61 |
| Regular | 467.81 | 0.00 | 7,729.68 |
| **Gross Pay** | **487.72** | **0.00** | **8,245.29** |
| **Fed Taxable Gross** | | | **8,245.29** |
| **Total Hours Worked** | **487.72** | | |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholding | 118.57 | | 487.40 |
| Fed MED/EE | 24.46 | | 119.56 |
| Fed OASDI/EE | 104.58 | | 511.21 |
| **Total Taxes** | **247.61** | | **1,118.17** |
| **Before-Tax Deductions** | **Current** | **Plan Year** | **Year-to-Date** |
| **Total Before Tax Deductions** | **0.00** | **0.00** | 0.00 |
| **After-Tax Deductions** | **Current** | | **Year-to-Date** |
| **Total After Tax Deductions** | **0.00** | | **0.00** |
| **Total Deductions** | **0.00** | | **0.00** |
| **Net Pay** | **1,439.17** | | **7,127.12** |

### Tax Withholding

| Description | Federal | TX State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Credit | 0.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl. Amt. | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| **Total Taxable** | **0.00** | **0.00** |
| **Non-Taxable Benefits** | **Current** | **Year-to-Date** |
| **Total Non-Taxable** | **0.00** | **0.00** |
| **Total Benefits** | **0.00** | **0.00** |

### Time Off

| Description | VAC/PTO |
|---|---|
| Start Balance | 0.00 |
| +Earned | 11.70 |
| -Taken | 0.00 |
| +Adjustments | 0.00 |
| **End Balance** | **11.70** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 6252 | 1,439.17 |
| **Total** | | **1,439.17** |

EARNINGS STATEMENT

trinet

**ARA Global Group, Inc.**
**DBA: RecirQ**

601 W 20th St
Hialeah, FL 33010

**Check No:** 12809916

**Check Date:** 06/18/2026

**Pay Period:** 05/31/2026 - 06/13/2026

## Carlos Victor Vasquez

NON-NEGOTIABLE

2230 Elmwood Dr, Apt 238
Arlington , TX 76010-8750

Employee ID: 00011000954
Location: RecirQ - TX
Business Title: Reglass

Department: B20K400
Pay Rate: $17.00 Hourly

Net Pay
USD **$1,382.44**

### Current Hours and Earnings

| Description | Earnings Range | Rate | Hours | Units | Earnings |
|---|---|---|---|---|---|
| Overtime | | 25.500 | 9.10 | 0.00 | 232.05 |
| Regular | | 17.000 | 81.42 | 0.00 | 1,384.14 |
| **Gross Pay** | | | **90.52** | **0.00** | **1,616.19** |
| **Fed Taxable Gross** | | | | | **1,616.19** |
| **Total Hours Worked** | | | **90.52** | | |

### YTD Hours and Earnings

| Description | Hours | Units | Earnings |
|---|---|---|---|
| Overtime | 11.87 | 0.00 | 298.53 |
| Regular | 386.16 | 0.00 | 6,259.98 |
| **Gross Pay** | **398.03** | **0.00** | **6,558.51** |
| **Fed Taxable Gross** | | | **6,558.51** |
| **Total Hours Worked** | **398.03** | | |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholding | 110.10 | | 368.83 |
| Fed MED/EE | 23.44 | | 95.10 |
| Fed OASDI/EE | 100.21 | | 406.63 |
| **Total Taxes** | **233.75** | | **870.56** |
| **Before-Tax Deductions** | **Current** | **Plan Year** | **Year-to-Date** |
| **Total Before Tax Deductions** | **0.00** | **0.00** | 0.00 |
| **After-Tax Deductions** | **Current** | | **Year-to-Date** |
| **Total After Tax Deductions** | **0.00** | | **0.00** |
| **Total Deductions** | **0.00** | | **0.00** |
| **Net Pay** | **1,382.44** | | **5,687.95** |

### Tax Withholding

| Description | Federal | TX State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Credit | 0.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl. Amt. | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| **Total Taxable** | **0.00** | **0.00** |
| **Non-Taxable Benefits** | **Current** | **Year-to-Date** |
| **Total Non-Taxable** | **0.00** | **0.00** |
| **Total Benefits** | **0.00** | **0.00** |

### Time Off

| Description | VAC/PTO |
|---|---|
| Start Balance | 0.00 |
| +Earned | 9.65 |
| -Taken | 0.00 |
| +Adjustments | 0.00 |
| **End Balance** | **9.65** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 6252 | 1,382.44 |
| **Total** | | **1,382.44** |

EARNINGS STATEMENT

trinet

**ARA Global Group, Inc.**
**DBA: RecirQ**

601 W 20th St
Hialeah, FL 33010

**Check No:** 12704060

**Check Date:** 06/05/2026

**Pay Period:** 05/17/2026 - 05/30/2026

## Carlos Victor Vasquez

NON-NEGOTIABLE

2230 Elmwood Dr, Apt 238
Arlington , TX 76010-8750

Employee ID: 00011000954
Location: RecirQ - TX
Business Title: Reglass

Department: B20K400
Pay Rate: $16.00 Hourly

Net Pay
USD **$1,124.93**

### Current Hours and Earnings

| Description | Earnings Range | Rate | Hours | Units | Earnings |
|---|---|---|---|---|---|
| Overtime | | 24.000 | 0.88 | 0.00 | 21.12 |
| Regular | | 16.000 | 79.66 | 0.00 | 1,274.56 |
| **Gross Pay** | | | **80.54** | **0.00** | **1,295.68** |
| **Fed Taxable Gross** | | | | | **1,295.68** |
| **Total Hours Worked** | | | **80.54** | | |

### YTD Hours and Earnings

| Description | Hours | Units | Earnings |
|---|---|---|---|
| Overtime | 2.77 | 0.00 | 66.48 |
| Regular | 304.74 | 0.00 | 4,875.84 |
| **Gross Pay** | **307.51** | **0.00** | **4,942.32** |
| **Fed Taxable Gross** | | | **4,942.32** |
| **Total Hours Worked** | **307.51** | | |

### Taxes and Deductions

| Taxes | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Fed Withholding | 71.64 | | 258.73 |
| Fed MED/EE | 18.78 | | 71.66 |
| Fed OASDI/EE | 80.33 | | 306.42 |
| **Total Taxes** | **170.75** | | **636.81** |
| **Before-Tax Deductions** | **Current** | **Plan Year** | **Year-to-Date** |
| **Total Before Tax Deductions** | **0.00** | **0.00** | 0.00 |
| **After-Tax Deductions** | **Current** | | **Year-to-Date** |
| **Total After Tax Deductions** | **0.00** | | **0.00** |
| **Total Deductions** | **0.00** | | **0.00** |
| **Net Pay** | **1,124.93** | | **4,305.51** |

### Tax Withholding

| Description | Federal | TX State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Credit | 0.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl. Amt. | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| **Total Taxable** | **0.00** | **0.00** |
| **Non-Taxable Benefits** | **Current** | **Year-to-Date** |
| **Total Non-Taxable** | **0.00** | **0.00** |
| **Total Benefits** | **0.00** | **0.00** |

### Time Off

| Description | VAC/PTO |
|---|---|
| Start Balance | 0.00 |
| +Earned | 7.62 |
| -Taken | 0.00 |
| +Adjustments | 0.00 |
| **End Balance** | **7.62** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 6252 | 1,124.93 |
| **Total** | | **1,124.93** |

EARNINGS STATEMENT

trinet

**ARA Global Group, Inc.**
**DBA: RecirQ**

601 W 20th St
Hialeah, FL 33010

**Check No: 12589057**

**Check Date: 05/22/2026**

**Pay Period: 05/03/2026 - 05/16/2026**

## Carlos Victor Vasquez

NON-NEGOTIABLE

2230 Elmwood Dr, Apt 238
Arlington , TX 76010-8750

Employee ID: 00011000954
Location: RecirQ - TX
Business Title: Receiving

Department: B20K01
Pay Rate: $16.00 Hourly

Net Pay

USD **$1,096.58**

### Current Hours and Earnings

| Description | Earnings Range | Rate | Hours | Units | Earnings |
|---|---|---|---|---|---|
| Overtime | | 24.000 | 0.27 | 0.00 | 6.48 |
| Regular | | 16.000 | 78.37 | 0.00 | 1,253.92 |
| **Gross Pay** | | | **78.64** | **0.00** | **1,260.40** |
| **Fed Taxable Gross** | | | | | **1,260.40** |
| **Total Hours Worked** | | | **78.64** | | |

### YTD Hours and Earnings

| Description | Hours | Units | Earnings |
|---|---|---|---|
| Overtime | 1.89 | 0.00 | 45.36 |
| Regular | 225.08 | 0.00 | 3,601.28 |
| **Gross Pay** | **226.97** | **0.00** | **3,646.64** |
| **Fed Taxable Gross** | | | **3,646.64** |
| **Total Hours Worked** | **226.97** | | |

### Taxes and Deductions

| Taxes | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Fed Withholding | 67.40 | | 187.09 |
| Fed MED/EE | 18.28 | | 52.88 |
| Fed OASDI/EE | 78.14 | | 226.09 |
| **Total Taxes** | **163.82** | | **466.06** |
| **Before-Tax Deductions** | **Current** | **Plan Year** | **Year-to-Date** |
| **Total Before Tax Deductions** | **0.00** | **0.00** | 0.00 |
| **After-Tax Deductions** | **Current** | | **Year-to-Date** |
| **Total After Tax Deductions** | **0.00** | | **0.00** |
| **Total Deductions** | **0.00** | | **0.00** |
| **Net Pay** | **1,096.58** | | **3,180.58** |

### Tax Withholding

| Description | Federal | TX State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Credit | 0.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl. Amt. | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| **Total Taxable** | **0.00** | **0.00** |
| **Non-Taxable Benefits** | **Current** | **Year-to-Date** |
| **Total Non-Taxable** | **0.00** | **0.00** |
| **Total Benefits** | **0.00** | **0.00** |

### Time Off

| Description | VAC/PTO |
|---|---|
| Start Balance | 0.00 |
| +Earned | 5.63 |
| -Taken | 0.00 |
| +Adjustments | 0.00 |
| **End Balance** | **5.63** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 6252 | 1,096.58 |
| **Total** | | **1,096.58** |