United States Bankruptcy Court
Northern District of Texas

In re: Case No. 26-43692-elm
Carlos Victor Vasquez Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 3
Date Rcvd: Aug 20, 2026 Form ID: 309A Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos Victor Vasquez, 2230 Elmwood Dr Apt # 238, Arlington, TX 76010-8750 |
| 23477213 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23477219 | + | Crunch Fitness, PO Box 481, Elmsford, NY 10523-0481 |
| 23477220 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23477227 | + | Impex Grand Harmony, LLC, 5900 Balcones Dr Ste 100, Austin, TX 78731-4298 |
| 23477236 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23477238 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23477242 | + | Wells Fargo Bank, MAC D4004-03A P.O. Box 202902, Dallas, TX 75320-0001 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: clayton@norredlaw.com | Aug 20 2026 22:39:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| tr | + | EDI: FSKBROWN.COM | Aug 21 2026 02:26:00 | Shawn K. Brown, Chapter 7 Trustee, PO Box 93749, Southlake, TX 76092-0117 |
| 23477209 | | Email/Text: cs@aldouslegal.com | Aug 20 2026 22:40:00 | Aldous & Associates PLLC, PO Box 171374, Holladay, UT 84117 |
| 23477210 | + | Email/PDF: bncnotices@becket-lee.com | Aug 20 2026 22:41:40 | American Express - Consumer Credit Cards, P.O. Box 981535, El Paso, TX 79998-1535 |
| 23477211 | + | Email/PDF: bncnotices@becket-lee.com | Aug 20 2026 22:41:40 | Amex, PO Box 650448, Dallas, TX 75265-0448 |
| 23477212 | ^ | MEBN | Aug 20 2026 22:33:46 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23477213 | + | Email/Text: ljalovec@belaw.com | Aug 20 2026 22:40:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23477214 | + | EDI: CAPITALONE.COM | Aug 21 2026 02:26:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 23477215 | + | EDI: CAPITALONE.COM | Aug 21 2026 02:26:00 | Capital One Bank - Consumer Credit Cards, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 23477216 | + | EDI: CITICORP | Aug 21 2026 02:26:00 | Citi Card Consumer Credit Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 23477217 | + | EDI: CITICORP | Aug 21 2026 02:26:00 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 23477218 | + | EDI: WFNNB.COM | Aug 21 2026 02:26:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 23477231 | | EDI: CITICORP | Aug 21 2026 02:26:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |

| | | | | |
|---|---|---|---|---|
| 23477221 | + | EDI: DISCOVER | Aug 21 2026 02:26:00 | Discover Card Credit Cards, PO Box 6103, Carol Stream, IL 60197-6103 |
| 23477223 | + | EDI: DISCOVERPL | Aug 21 2026 02:26:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 23477222 | + | EDI: DISCOVERPL | Aug 21 2026 02:26:00 | Discover Personal Loans, Po Box 30954, Salt Lake City,, UT 84130-0954 |
| 23477224 | + | EDI: DISCOVER | Aug 21 2026 02:26:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 23477226 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 20 2026 22:41:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 23477225 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 20 2026 22:41:00 | Hyundai Motor Finance, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 23477228 | + | EDI: IRS.COM | Aug 21 2026 02:26:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23477229 | + | Email/Text: dallas.bankruptcy@LGBS.com | Aug 20 2026 22:40:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23477230 | + | Email/Text: dallas.bankruptcy@LGBS.com | Aug 20 2026 22:40:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23477232 | + | EDI: CITICORP | Aug 21 2026 02:26:00 | Macys/Cbna, 9111 Duke Blvd., Mason, OH 45040-8999 |
| 23477233 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2026 22:40:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 23477235 | | EDI: PRA.COM | Aug 21 2026 02:26:00 | Portfolio Recovery Associates, Llc, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 23477234 | + | Email/Text: emccain@pbfcm.com | Aug 20 2026 22:40:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23477237 | | Email/Text: pacer@cpa.state.tx.us | Aug 20 2026 22:40:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23477239 | + | Email/Text: bcd@oag.texas.gov | Aug 20 2026 22:40:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23477240 | + | Email/Text: collections.pacer@twc.texas.gov | Aug 20 2026 22:40:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23477241 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Aug 20 2026 22:40:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23477243 | + | EDI: WFHOME | Aug 21 2026 02:26:00 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Carlos Victor Vasquez<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–6197 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Northern District of Texas | Date case filed for chapter: | 7 8/20/26 |
| Case number: | 26–43692–elm7 | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 10/20

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Carlos Victor Vasquez | |
| **2.** | **All other names used in the last 8 years** | aka Carlos Victor Vasquez Gonzalez | |
| **3.** | **Address** | 2230 Elmwood Dr Apt # 238<br>Arlington, TX 76010 | |
| **4.** | **Debtor's attorney**<br>Name and address | Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010 | Contact phone 817–704–3984<br>Email: clayton@norredlaw.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Shawn K. Brown<br>Chapter 7 Trustee<br>PO Box 93749<br>Southlake, TX 76092 | Contact phone (817) 348–0777 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30<br><br>Contact phone 817–333–6000<br><br>Date: 8/20/26 |
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 23, 2026 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 335 875 4980, and Passcode 6437856478, OR call 1–469–218–9242**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/23/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |